UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,                      Case No. 05-80025
                                                      Honorable Victoria A. Roberts
v.

KEVIN WATSON,

    Defendant/Petitioner.

_____/

## **ORDER DENYING WATSON'S MOTION [ECF No. 945]**

On January 13, 2017, the Court entered an order denying Kevin Watson's 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence. Watson filed a motion for reconsideration. In an order dated March 20, 2018, the Court denied the motion for reconsideration, declined to issue a certificate of appealability ("COA"), and found that Watson should not be granted leave to appeal *in forma pauperis*.

On May 30, 2018, Watson filed a "Motion of Notice of Intent to File a Certificate of Appealability." Watson asks the Court to: (1) provide him with the needed forms and all instructions and rules pertaining to filing a COA; (2) appoint counsel to represent him in filing a COA; and (3) recognize he is indigent and unable to pay filing fees or afford counsel. [ECF No. 945].

Watson is not entitled to any of the requested relief. Watson must obtain the forms through the ordinary channels, and the Court cannot provide a litigant legal advice. Moreover, regardless of whether Watson is indigent, the Court previously found

that he should not be granted leave to appeal *in forma pauperis*.  Finally, Watson is not entitled to the appointment of counsel.

Watson's motion is **DENIED**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 5, 2018