**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

Civil No. 2:05-CR-80025-3
Honorable Jonathan J.C. Grey

v.

KEVIN WATSON,

Defendant/Petitioner.
_________________________________/

# OPINION AND ORDER

In 2011, a jury convicted Defendant/Petitioner Kevin Watson of: (1) conspiracy to commit bank robbery, (2) bank robbery, aiding and abetting resulting in death, and (3) premeditated murder with a firearm during and in relation to a crime of violence. (ECF No. 789.) The United States Court of Appeals for the Sixth Circuit affirmed Watson's conviction and sentence. (ECF No. 883.) This Court previously denied Watson's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 and the Sixth Circuit dismissed his resultant appeal as untimely. (ECF Nos. 943, 950.) This Court denied Watson's COVID-19 pandemic-related motion to reduce his sentence, and the Sixth Circuit affirmed that decision. (ECF Nos. 974, 976, 1003.)

In August 2025, Kevin Watson filed a petition "seeking post-conviction sentence reduction" and asserted that the petition "is not extended to substitute Direct Appeal, Section 2255, Section 3582, or any other appeal." (ECF No. 1023 PageID. 16259–60.) Watson contends that he has exhausted all avenues for relief and attacks his conviction on four grounds. (*Id.* at 16261-63.) The government requests that the Court summarily transfer Watson's petition to the Sixth Circuit as a successive § 2255 petition. (ECF No. 1024.) Watson disagrees. (ECF No. 1025.) Having reviewed the petition, the Court finds that Watson's petition appears to be a successive § 2255 petition, requiring approval by the Sixth Circuit. *See In re Nailor*, 487 F.3d 1018, 1023 (6th Cir. 2007); 28 U.S.C. § 2244(b)(3). Accordingly, the Court will transfer the petition to the Sixth Circuit.

**IT IS ORDERED** that the Clerk of Court shall transfer the petition to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

**SO ORDERED**.

**s/Jonathan J.C. Grey**
HON. JONATHAN J.C. GREY
United States District Judge

Dated: September 16, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 16, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager